UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:08CV1293 AGF |
| ERIC D. STENNIS, | ) ) ) |
| Defendant. | ) |

CONSENT JUDGMENT

Defendant Eric D. Stennis acknowledges waiver of service of summons in this matter and waives the requirement of service pursuant to Rule 4 of the Federal Rules of Civil Procedure.

The parties hereby consent to judgment being entered in favor of plaintiff, United States of America, and against Eric D. Stennis, defendant, in the amount of $6,546.71, which includes interest at 8.00% per annum up to the date of this judgment, and the costs of this action.

IT IS ORDERED, ADJUDGED AND DECREED, that plaintiff, shall have judgment against defendant in the amount of $6,546.71 plus post-judgment interest at the legal rate as provided by laws.

Dated this 9 day of 15, 2008.

*Eric Darnell Stennis*
ERIC D. STENNIS
DEFENDANT

*Julia M. Wright*
JULIA M. WRIGHT #4450
PLAINTIFF'S ATTORNEY

So Ordered
*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

September 23, 2008